PROBER & RAPHAEL, A LAW CORPORATION
DEAN R. PROBER, ESQUIRE, #106207
LEE S. RAPHAEL, ESQUIRE #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
DAVID F. MAKKABI, ESQUIRE #249825
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
Attorney for BAC Home Loans Servicing, LP
C.094-9264

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                                    Bk. No. 09-71932

KAREN MARINAN THOMAS,                    Chapter 13

    Debtor.                                              NOTICE OF APPEARANCE

_____/

      BAC Home Loans Servicing, LP, its assignees and/or successors in interest, by and through its undersigned attorneys, hereby gives notice of its appearance in these proceedings on behalf of BAC Home Loans Servicing, LP. The undersigned hereby requests that any pleadings and documents that BAC Home Loans Servicing, LP is entitled to, be mailed to said attorneys addressed as follows:

**PROBER & RAPHAEL, A LAW CORPORATION**
**20750 Ventura Boulevard, Suite 100**
**Woodland Hills, California 91364**

Dated: January 18, 2010        By */s/ Dean R. Prober*
                                          Dean R. Prober, Esquire #106207

1

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Janice Warren, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On January 25, 2010, I served the within NOTICE OF APPEARANCE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Karen Marinan Thomas
1621 Elm St.
El Cerrito, CA 94530
Debtor(s)

Patrick L. Forte, Esquire
Law Offices of Patrick L. Forte
1 Kaiser Plaza, Suite 480
Oakland, CA 94612-3610
Attorney for Debtors

Martha G. Bronitsky

P. O. Box 5004
Hayward, CA 94540-5004
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on January 25, 2010, at Woodland Hills, California.

/s/   Janice Warren
     Janice Warren