```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 09-71932 EDJ |
| **KAREN MARINAN THOMAS,** | Chapter 13 |
| Debtor. | MOTION TO MODIFY CHAPTER 13 PLAN |
| _____/ | |

The above-named debtor applies to the court for an order to modify her Chapter 13 Plan as follows:

Commencing November 2011, debtor will pay $245.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

The modification is sought on the following grounds: Debtor's income has decreased.

Dated: October 28, 2011

                                      /s/ Anne Y. Shiau
                                      Anne Y. Shiau
                                      Attorney for Debtor

Case: 09-71932    Doc# 38    Filed: 10/28/11    Entered: 10/28/11 16:20:22    Page 1 of 1